[Cite as *State ex rel. Parker v. Cosgrove*, 2024-Ohio-258.]

# COURT OF APPEALS OF OHIO

# EIGHTH APPELLATE DISTRICT
# COUNTY OF CUYAHOGA

STATE EX REL., VINCENT ALAN     :
PARKER,

                            :

          Relator,

                            :              No. 113389

          v.

                            :

JUDGE PATRICIA A. COSGROVE,

          Respondent.           :

---

## JOURNAL ENTRY AND OPINION

**JUDGMENT:** WRIT DISMISSED
**DATED:** January 23, 2024

---

Writ of Mandamus
Motion No. 570645
Order No. 570892

---

### *Appearances:*

Vincent Alan Parker, *pro se.*

Michael C. O'Malley, Cuyahoga County Prosecuting Attorney, and Matthew Fitzsimmons, Assistant Prosecuting Attorney, *for respondent.*

KATHLEEN ANN KEOUGH, A.J.:

{¶ 1} Vincent Alan Parker ("Parker"), the relator, has filed a complaint for a writ of mandamus. Parker seeks an order from this court that requires Judge Patricia A. Cosgrove ("Judge Cosgrove"), the respondent, to issue a judgment that

directs the Cuyahoga County Clerk of Courts to serve notice of a judgment, journalized April 6, 2023, on all parties in *Parker v. Judge Russo, et al.*, Cuyahoga C.P. No. CV-21-955368, as required by Civ.R. 58(B). Judge Cosgrove has filed a motion to dismiss that is granted.

{¶ 2} Attached to Judge Cosgrove's motion to dismiss is a copy of a judgment entry, journalized December 6, 2023, that provides:

> Plaintiff's verified request for Court to direct Clerk to serve Plaintiff pursuant to Civil Rule 58(B), filed May 19, 2023, is granted. The Cuyahoga County Clerk of Courts is directed to serve a copy of the April 6, 2023 journal entry and order to all parties in this matter.

{¶ 3} Parker's complaint for mandamus is moot because Judge Cosgrove has fulfilled her duty, under Civ.R. 58(B), and ordered the clerk to serve notice of the April 6, 2023 judgment entry upon all parties in CV-21-955368. An action for a writ of mandamus becomes moot when the requested relief is attained. *State ex rel. Jerninghan v. Court of Common Pleas*, 74 Ohio St.3d 278, 658 N.E.2d 723 (1996).

{¶ 4} Accordingly, we grant Judge Cosgrove's motion to dismiss. Costs waived. The court directs the clerk of courts to serve all parties with notice of this judgment and the date of entry upon the journal as required by Civ.R. 58(B).

{¶ 5} Complaint dismissed.

_____
KATHLEEN ANN KEOUGH, ADMINISTRATIVE JUDGE

EILEEN T. GALLAGHER, J., and
MICHAEL JOHN RYAN, J., CONCUR